**Order entered October 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00319-CV

**JOE H. STALEY, JR. AND STALEY BUSINESS PARTNERSHIP, LP, Appellants**

**V.**

**DELIA CROSSLEY, Appellee**

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. PB1-1828-2016**

## ORDER

We **REINSTATE** this appeal. By order entered October 25, 2017, we abated the appeal to allow the Honorable Weldon Copeland, Presiding Judge of the Probate Court of Collin County, an opportunity to make certain findings of fact. The requested findings were necessary for disposition of the appellants' pending amended motion to supplement the record.

On October 26, 2017, a supplemental clerk's record containing those findings was filed. The record reflects the trial court found the parties are in agreement that the transcription of the hearings conducted on November 10, 2016, November 15, 2016, and March 13, 2017 are accurate. We **ADOPT** the findings. We **GRANT** appellants' motion to supplement the record and **ORDER** appellants to file the reporter's record no later than November 3, 2017. We further **ORDER** appellants to file their brief on the merits no later than December 3, 2017.

We **DIRECT** the Clerk of the Court to send a copy of this order to Judge Copeland and the parties.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE